1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT WILLIAM TUNSTALL, JR.,              No.  2:14-cv-2259-JAM-EFB P

12              Plaintiff,

13        v.                                     ORDER

14   BRIAN DUFFY, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 20, 2015, the magistrate judge filed findings and recommendations herein

21   which were served on plaintiff and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27        1. The findings and recommendations filed October 20, 2015, are adopted in full; and

28   /////

1

2.  Plaintiff's requests for injunctive relief (ECF Nos. 16, 17, 18, 19, 20, 21) are denied without prejudice as premature.

DATED:  December 10, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE